PROB 12B
(7/93)

Report Date: August 2, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

AUG 13 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Bryant Swecker          Case Number: 2:04CR00248-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen Sr. U.S. District Judge

Date of Original Sentence: 7/25/2005              Type of Supervision: Supervised Release

Original Offense: Possession with the Intent to   Date Supervision Commenced: 7/27/2012
Distribute 5 Grams or More of Actual
Methamphetamine, in violation of, 21 U.S.C. §
841(a)(1)

Original Sentence: Prison - 120 Months; TSR - 96  Date Supervision Expires: 7/26/2020
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Charles Swecker was asked whether he would waive his right to a hearing and agreed to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Swecker has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    8-2-12

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

8/13/12
Date